UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MITCHELL H. KOSSOFF,                              : Case No. 14 Civ. 1144 (RWS)
                                                  :
                    *Plaintiff*,                  :
                                                  :
    -against-                                     :
                                                  :
RICKEY FELBERBAUM and FLORIDA                     :
FORECLOSURE ATTORNEYS, PLLC,                      :
                                                  :
                    *Defendants*.                 :
------------------------------------------------------------x

## DEFENDANTS' NOTICE OF MOTIONS *IN LIMINE*

**PLEASE TAKE NOTICE** that upon the annexed declaration of Eric R. Levine, dated October 14, 2016, and the exhibits thereto, and the accompanying memoranda of law, each dated October 14, 2016, and upon all other papers and proceedings in this matter, defendant Ricky Felberbaum and defendant-counterclaim plaintiff Florida Foreclosure Attorneys, PLLC will move this Court before the Honorable Robert W. Sweet, United States District Judge, in the United States Courthouse, 500 Pearl Street, New York, New York, on a date and time to be determined by the Court, for orders precluding plaintiff Mitchell Kossoff and his attorneys from mentioning or offering testimony or other evidence at trial concerning the topics as set forth as follows:

| | |
|---|---|
| Motion *in Limine* No. 1: | Motion *in Limine* to preclude the Report and all testimony of plaintiff's proposed expert witness, Ronald Quintero. |
| Motion *in Limine* No. 2: | Motion *in Limine* to preclude the testimony of Susan Ulseth; |
| Motion *in Limine* No. 3: | Motion *in Limine* to preclude evidence that Kossoff owes less than $500,000 under the Note; |
| Motion *in Limine* No. 4: | Motion *in Limine* concerning plaintiff's proposed Exhibits 1 through 8 and 11 through 19. |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the parties' agreement, opposition papers shall be filed on or before October 21, 2016.

Dated: New York, New York
October 14, 2016

                                        EISEMAN LEVINE LEHRHAUPT
                                        & KAKOYIANNIS, P.C.

                                              /s/ Eric R. Levine
                                        Eric R. Levine
                                        (elevine@eisemanlevine.com)
                                        Eric Aschkenasy
                                        (easchkenasy@eisemanlevine.com)

                                        805 Third Avenue, 10th Floor
                                        New York, New York 10022
                                        (212) 752-1000
                                        *Attorneys for Defendants*

TO:   Howard Essner, Esq.
       ESSNER & KOBIN, LLP
       50 Broadway, 27th floor
       New York, NY 10004
       212-750-4949
       *Attorneys for Plaintiff*